# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMMEON LEONARD LEWIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUECK,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-01994-APG-EJY<br><br>**ORDER** |

On October 16, 2025, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 3. Specifically, Plaintiff failed to sign the penalty of perjury section on page 3 of his IFP application. ECF No. 1 at 3.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Plaintiff a copy of his incomplete application to proceed *in forma pauperis* (ECF No. 1).

IT IS FURTHER ORDERED that on or before **November 24, 2025,** Plaintiff must either pay the $405 filing fee for a civil action or sign the penalty of perjury section on page 3 of his IFP application and submit the completed application to the Court.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete IFP application on or before **November 24, 2025**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete IFP or pay the required filing fee.

Dated this 27th day of October, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE