UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMMEON LEONARD LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>LUECK, *et al.*,<br><br>Defendant. | Case No.: 2:25-cv-01994-APG-EJY<br><br>**ORDER** |

On October 27, 2025, the Court issued an Order granting Plaintiff until November 24, 2025, to either pay the $405 filing fee for a civil action or sign the penalty of perjury section on page 3 of his application to proceed *in forma pauperis* ("IFP") and submit the completed application to the Court. ECF No. 5. On November 3, 2025, the Court received mail returned as undeliverable because Plaintiff was "@RSC184." ECF No. 6. However, the NDOC inmate database still lists Plaintiff at the prison noted on the docket sheet—Southern Desert Correctional Center. Because Plaintiff appears to be at the address listed on the docket sheet, the Court will *sua sponte* grant Plaintiff an extension of time to file a completed IFP.

Accordingly, IT IS HEREBY ORDERED that no later than **January 6, 2026**, Plaintiff must pay the filing fee of $405 or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3. Plaintiff is cautioned that this action may be dismissed without prejudice if he fails to timely comply with this Order.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate at NNCC, LCC, HDSP, SDCC, or TLVCC and instructions for the same.

Dated this 5th day of December, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1