**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sammeon Leonard Lewis,

Plaintiff

v.

Lueck,

Defendant

Case No.: 2:25-cv-01994- APG-EJY

**Order Granting Motion to Extend Time**

[ECF No. 34]

Sammeon Leonard Lewis moves for a 90-day extension of time to file an opposition to the defendant's motion to dismiss. ECF No. 34. The defendant does not oppose.

Lewis contends he needs time to gather evidence, including an affidavit from a police officer, and to subpoena witnesses to testify at a hearing. *Id.* at 1. But no such evidence is needed at this point. The motion to dismiss addresses alleged defects in Lewis' Second Amended Complaint and argues that Lewis is not entitled to prevail as a matter of law; no factual issues are raised. ECF No. 28. Lewis does not need evidence to respond to the motion because the motion will be decided based on what is alleged in the Second Amended Complaint and whether that complies with the law. I grant Lewis' motion for more time, but he does not need 90 days to respond.

I THEREFORE ORDER that Lewis' motion **(ECF No. 34) is granted**. Lewis must file his opposition to the motion to dismiss by November 6, 2026.

Dated: October 2, 2026

Andrew P. Gordon
Chief United States District Judge